655 A.2d 915

IN THE MATTER OF RICHARD W. RAINES, AN ATTORNEY AT LAW.

March 30, 1995.

**ORDER**

The Disciplinary Review Board having filed a report with the Court, recommending that **RICHARD W. RAINES** of **JERSEY CITY,** who was admitted to the bar of this State in 1977, be suspended from the practice of law for a period of six months for violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *Rule* 1:21–1(a) and *RPC* 5.5(a) (practicing law without a *bona fide* office and while on the ineligible list of the Lawyers' Fund for Client Protection), and *RPC* 8.4(b) (criminal conduct that reflects adversely on fitness to practice law) and that the charge of failure to cooperate with the ethics authorities in violation of *RPC* 8.1 be dismissed;

And the Disciplinary Review Board further recommending that on reinstatement to practice respondent be subject to certain conditions;

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And respondent having waived oral argument;

And good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **RICHARD W. RAINES** is hereby suspended from practice for a period of six months, effective April 24, 1995, and until the further Order of the Court; and it is further

ORDERED that the charge of violation of *RPC* 8.1 (failure to cooperate with the ethics authorities) be dismissed;

And it is further

ORDERED that the entire record of this entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 governing suspended attorneys; and it is further

ORDERED that on reinstatement to practice respondent submit to drug and alcohol screening on a schedule to be established by the Office of Attorney Ethics until further Order of the Court; and it is further

ORDERED that on reinstatement, respondent practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.